UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE M. KATSIMBRIS | ) CIVIL ACTION NO. 3:00CV387 (PCD) |
| Plaintiff, | ) |
| vs. | ) |
| UNIVERSITY OF BRIDGEPORT | ) |
| Defendant. | ) MARCH 31, 2004 |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter my appearance in the above-entitled action as counsel for the plaintiff, George M. Katsimbris.

Dated at Bridgeport, Connecticut this 31st day of March, 2004.

JEFFREY W. KEIM, GREEN AND GROSS, P. C.
1087 Broad St., Bridgeport, CT., 06604
(203) 335-5141          Fax (203) 367-9964
Fed. Bar #CT 23066
e-mail: jwk@gglaw.net

This to certify that a copy of the foregoing appearance was mailed, postage prepaid, on March 31, 2004 to the following counsel of record:

David B. Zabel, Esq.
Ann B. Mulcahy, Esq.
Cohen and Wolf, P. C.
1115 Broad Street
Bridgeport, CT 06604
Tel. (203) 368-0211
Fax (203) 576-8504

_____
JEFFREY W. KEIM, GREEN AND GROSS, P. C.