## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE M. KATSIMBRIS<br><br>    Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF BRIDGEPORT<br><br>    Defendant. | ) CIVIL ACTION NO. 3:00CV387 (PCD)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) APRIL 7, 2004 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned moves to withdraw the appearance of Bernard Green, Esq., for the plaintiff in the above-entitled matter for the following reasons:

1. Attorney Bernard Green passed away on October 18, 2003; and

2. Attorneys Joel Z. Green and Jeffrey W. Keim, both with the law firm of Green and Gross, P. C., have filed appearances on behalf of the plaintiff in this matter.

Wherefore, the undersigned respectfully moves for withdrawal of the appearance of Bernard Green, Esq. in this case.

Dated at Bridgeport, Connecticut this 7th day of April, 2004.

_____
JEFFREY W. KEIM, GREEN AND GROSS, P. C.
1087 Broad St., Bridgeport, CT., 06604
(203) 335-5141           Fax (203) 367-9964
Fed. Bar #CT 23066
e-mail: jkeim@gglaw.net

This to certify that a copy of the foregoing motion to withdraw appearance was mailed, postage prepaid, on April 7, 2004 to the following counsel of record:

David B. Zabel, Esq.
Ann B. Mulcahy, Esq.
Cohen and Wolf, P. C.
1115 Broad Street
Bridgeport, CT 06604
Tel. (203) 368-0211
Fax (203) 576-8504

_____
JEFFREY W. KEIM, GREEN AND GROSS, P. C.

-2-