UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Conference Room #106

Wednesday, April 7, 2004

2:00 P.M.

CASE NO.   3-00-CV-387 (PCD)   George M. Katsimbris v. University of Bridgeport

COUNSEL OF RECORD:

| | |
|---|---|
| Joel Green, Esq. | Green & Gross, P.C.<br>1087 Broad Street, Suite 401<br>Bridgeport, CT   06604<br>(203) 335-5141 |
| David B. Zabel, Esq. | Cohen & Wolf, P.C.<br>1115 Broad Street, P.O. Box 1821<br>Bridgeport, CT   06604<br>(203) 368-0211 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK