## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE M. KATSIMBRIS | : | |
| | : | |
| VS. | : | CASE NO. 3:00CV387 (PCD) |
| | : | |
| UNIVERSITY OF BRIDGEPORT | : | |

## ENDORSEMENT ORDER

The Motion to Withdraw Appearance, document no. 58, is GRANTED.

SO ORDERED.  Dated at New Haven, Connecticut, this 10th day of June, 2004.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Peter C. Dorsey, U.S. District Judge
　　　　　　　　　　　　　　　　United States District Court