**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GEORGE M. KATSIMBRIS | ) CIVIL ACTION NO. 3:00CV387 (PCD) |
| Plaintiff, | ) |
| vs. | ) |
| UNIVERSITY OF BRIDGEPORT | ) |
| Defendant. | ) SEPTEMBER 1, 2004 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Plaintiff, George M. Katsimbris, and the Defendant, University of Bridgeport, hereby stipulate to the dismissal of the above captioned matter.

The parties hereby request that this Court retain jurisdiction over the present action for the purposes of enabling the parties to finalize and implement the terms and conditions of a settlement agreement by and between the parties in this matter.

Dated at Bridgeport, Connecticut this 1st day of September, 2004.

THE PLAINTIFF,
GEORGE M. KATSIMBRIS

BY_____
JOEL Z. GREEN
GREEN AND GROSS, P. C.
1087 Broad Street
Bridgeport, CT  06604
(203) 335-5141     Fax (203) 367-9964
Fed. Bar #CT 08583
e-mail: JoelZGreen@aol.com

THE DEFENDANT,
UNIVERSITY OF BRIDGEPORT

BY_____
STEWART EDELSTEIN
COHEN AND WOLF PC
1115 Broad Street
Bridgeport, CT  06604
(203) 337-4144     Fax (203) 576-8504
Fed. Bar #CT 01382
e-mail: sedelstein@cohenandwolf.com